The People of the State of New York v. Gustav Borchard.— Motion to dismiss appeal granted.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Fourteenth Street Store, a Corporation.— Motion to dismiss appeal granted.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Jacob Brodie.— Motion to dismiss appeal granted.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Guiseppe Adragona and Dominick Fusaro.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Arthur B. Luther v. Owen A. Garnsey, as President, etc.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Alice M. Carroll, as Administratrix, v. Pennsylvania Steel Company.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

In the Matter of Lawrence Odell, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Isidor Weiss v. Philip Bernstein Sick and Benefit Society.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

In the Matter of Richard Krause, an Attorney.— Motion denied and proceedings remitted to take proof offered by the petitioner and respondent.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Elmer M. Kimbark v. Waldemar Company and Others.  (2 cases.) — Motions to dismiss appeals granted, with ten dollars costs, unless appellant comply with terms stated in orders.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

John B. Gray v. Justine S. Gray.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.